# Court of Appeals
# of the State of Georgia

ATLANTA,  October 12, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0108. MALCOLM JACKSON v. THE STATE.

After a jury trial, Malcolm Jackson was convicted of aggravated assault, aggravated stalking and possession of a firearm during the commission of a felony. Jackson filed a motion for new trial, which the trial court denied on April 28, 2021.[1] He filed a notice of appeal on June 8, 2021. We lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the order or judgment to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Jackson filed his notice of appeal 41 days after the trial court's order. Consequently, this appeal is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/12/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk. *Stephen E. Castlen*

---

[1] Jackson sought and was granted permission to represent himself before the trial court.